## Commonwealth *v.* Evans et al., Appellants.

Argued November 12, 1969. *Sanford S. Finder* for defendant; *Sigmund L. Bloom,* with him *Robert L. Zeman,* and *Zeman & Zeman,* and *Bloom, Bloom, Rosenberg & Bloom,* for defendant; *D. Keith Melenyzer,* for defendant; *Arnold W. Hirsch,* Special Assistant Attorney General, for Commonwealth, appellee.

Judgments of sentence in all appeals affirmed.

## Commonwealth *v.* Lewis, Appellant.

Argued September 8, 1969. *I. Leonard Hoffman,* with him *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.